C-13-15(ECF)
(Rev. 3/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Johnette L. Harris        )
                                 )           **MOTION**
                                 )          **CHAPTER 13**
                                 )
                                 )           No: B-11-80902 C-13D
                                 )
            Debtor(s)            )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtor's scheduled §341 meeting was continued to August 12, 2011, for failure of the Debtor to file income tax returns, failure to provide ID and SSN. The Debtor has attended and made her first plan payment but has failed to provide the Trustee's Office with the aforementioned items.

The Standing Trustee respectfully recommends to the Court that the Debtor be dismissed from the Plan for failure to comply with the provisions of the U.S. Bankruptcy Code.

Date: August 17, 2011                                              s/Richard M. Hutson, II
RMH:ej                                                             Standing Trustee
------------------------------------------------------------------------------------------------------------------------

**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 E. Pettigrew St., Durham, NC, on October 13, 2011, at 12:00 p.m., at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: August 17, 2011                                              OFFICE OF THE CLERK
                                                                   U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**11-80902 C-13D**

Johnette L. Harris
2603 Demille St.
Durham, NC 27704

John T. Orcutt, Esq.q
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702