## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN RE:

**JOHNETTE LORRAINE HARRIS**

                                                  **11-80902**
                                               **CHAPTER 13**

## RESPONSE TO OBJECTION TO CLAIM

      **COMES NOW,** Specialized Loan Servicing, LLC by and through undersigned Counsel, and hereby responds to the Debtor's objection to claim. Specialized Loan Servicing, LLC requests that this matter be set for hearing while it investigates the claims made by the Debtor and gathers documentation to support its Proof of Claim.

      This the 4th day of October, 2011.


                                      *S/ Kimberly A. Sheek*
                                      Kimberly A. Sheek
                                      N.C. State Bar No.: 34199
                                      SHAPIRO & INGLE, L.L.P.
                                      10130 Perimeter Parkway, Suite 400
                                      Charlotte, NC 28216
                                      (704) 333-8107


10-011434

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION**

IN RE:

**JOHNETTE LORRAINE HARRIS**

**11-80902
CHAPTER 13**

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Johnette Lorraine Harris
2603 Demille St
Durham, NC 27704

(Served via Electronic Notification Only)
John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

(Served via Electronic Notification Only)
Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable. Any party that can be served by electronic mail will receive no other form of notice.

This the 4th day of October, 2011.

*S/ Kimberly A. Sheek*
Kimberly A. Sheek
N.C. State Bar No.: 34199
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
(704) 333-8107

10-011434